# IN THE UNITED STATES DISTRICT COURT
### For The
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,                    ) | Case No. 6:24-po-00503-HBK |
| ) | |
| Plaintiff,    ) | **DEFENDANT'S STATUS REPORT ON** |
| v.                                                                 ) | **UNSUPERVISED PROBATION** |
| ) | |
| LARRY MATTHEWS                                   ) | |
| ) | |
| Defendant.    ) | |
| ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:**          36 C.F.R. § 2.35(c)

**Sentence Date:**       February 18, 2025

**Review Hearing Date:**   October 7, 2025

**Probation Expires On:**  November 18, 2025

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $810 which Total Amount is made up of a Fine: $ 800 Special Assessment: $ 10 Processing Fee: $ Choose an item. Restitution: $

☒ **Community Service hours Imposed of:** 25 hours.

☒ **Other Conditions:** complete booking and abstain from alcohol.

### *DEFENSE POSITION:*

☒ To date, Defendant has paid a total of $ 810
☐ If not paid in full when was last time payment:    Date: Click here to enter a date.
                                                     Amount: $

☒ To date, Defendant has not yet completed his community service. After losing his niece over the summer, Mr. Matthews has become the primary person caring for his 87-year-old sister who struggles with various health issues. As he is retired, this development has greatly impacted Mr. Matthews's life circumstances. His sister is anticipating a knee surgery on October 7. Mr. Matthews would request the probation extension specified below to allow him the additional time to complete the remaining special condition. The government does not oppose this request.

### *GOVERNMENT POSITION:*

☒ The Government agrees to the above-described compliance.

☐ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney: *Arin Heinz*
　　　　　　　　　　Assistant United States Attorney

*DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 10/7/2025 at 10 am

　☒ be continued to 12/9/2025 at 10:00 a.m.; and that Mr. Matthews's probation be extended by one month to expire on December 18, 2025. Mr. Matthews waives his appearance and requests this modification pursuant to Federal Rule of Criminal Procedure 32.1(c). The government does not oppose this request.

☐ that Defendant's unsupervised probation be terminated, and that the case be closed.

DATED: 9/24/2025　　　　　　　　　　　　　　*/s/ Lisa Ndembu Lumeya*
　　　　　　　　　　　　　　　　　　　　　　DEFENDANT'S COUNSEL

**O R D E R**

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED. The Court orders that the Review Hearing set for 10/07/2025 at 10:00 A.M. be continued to 12/09/2025 at 10:00 A.M. Further, pursuant to 18 U.S.C. § 3563(c), the Court extends Defendant's probation to 12/18/2025.

☐ DENIED.

Dated: 　September 27, 2025　　　　　　　　　　　　*Helena M. Barch-Kuchta*
　　　　　　　　　　　　　　　　　　　　　　HELENA M. BARCH-KUCHTA
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

CAED (Fresno)- Misd. 6 (Rev. 11/2014)